# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL T. MASSARO,   :  <br>    Plaintiff,   : <br>                                 : <br>v.   : <br>                                 : <br>WELLS FARGO HOME MORTGAGE   : <br>    Defendant.   : | CIVIL ACTION <br><br> NO.: 16-4899 |

## ORDER

**AND NOW**, this 24th day of August, 2018, upon consideration of Defendant's Motion for Summary Judgment (Dkt No. 32), including Defendant's Statement of Undisputed Material Facts, Plaintiff's Response in Opposition to Defendant's Motion for Summary Judgment (Dkt No. 37), including Plaintiff's Counter-Statement of Undisputed Material Facts and Statement of Undisputed Material Facts, and Defendant's Reply (Dkt No. 38), including Defendant's Response to Plaintiff's Statement of Undisputed Material Facts, it is hereby **ORDERED** that:

1. Defendant's Motion for Summary Judgment is **GRANTED** in its entirety.

2. The Clerk of Court is directed to close the above-captioned matter for statistical and all purposes.

BY THE COURT:

*/s/ C. Darnell Jones, II*

C. Darnell Jones, II    J.